AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00235 |
| Eric Gene Barber | ) Assigned to: Judge Harvey, G. Michael |
| DOB ███ | ) Assign Date: 2/16/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1) and (2), | Restricted Buildings or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | Unlawful Activities on Capitol Grounds. Disorderly Conduct; Parading and Demonstrating in the Capitol Building |
| 22 D.C. Code §3212 | Theft II |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew S. Cooper, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
  Telephone   (specify reliable electronic means).

Date:   02/16/2021

*Judge's signature*

City and state:   Washington, DC     U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*