AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00235 |
| Eric Gene Barber | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/16/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Gene Barber,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. §§ 1752(a)(1) and (2), Restricted Buildings or Grounds
Title 40 U.S.C. §§ 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds; Disorderly Conduct; Parading and Demonstrating in the Capitol Building
Title 22 D.C. Code §3212, Theft II

Date: 02/16/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.16 12:46:40 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

### Return

This warrant was received on *(date)* 16 Feb 2021, and the person was arrested on *(date)* 03 Mar 2021
at *(city and state)* Davisville, West Virginia.

Date: 03 Mar 2021

*Arresting officer's signature*

Michael McDonald  Special Agent FBI
*Printed name and title*